# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Terry A. Walden, Jr.**                    **Docket No. 5:11-MJ-1018-1**

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terry A. Walden, Jr., who, upon an earlier plea of guilty to 18 U.S.C.§13, Assimilating N.C.G.S. 20-138.1, Driving While Impaired - Level 5, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on March 8, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.  The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2.  It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3.  The defendant shall surrender his North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

4.  The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 19, 2011, the defendant committed the offenses of Driving While License Revoked and Expired Registration Card/Tag in Cumberland County, North Carolina. It is recommended that the defendant complete an additional 24 hours of community service for these offenses.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Terry A. Walden
Docket No. 5:11-MJ-1018-1
Petition For Action
Page 2


**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

    Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: June 10, 2011


**ORDER OF COURT**

Considered and ordered this _____ 10 _____ day of _____ June _____, 2011, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge